In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the NEW YORK CITY HOUSING AUTHORITY, Respondent, Relative to Acquiring Title to Real Property within the Area Bounded by Lawrence Street and Other Streets Required for the Flushing Houses, in the Borough of Queens. JOHN HARDING, Appellant.

Submitted December 1, 1952; decided December 5, 1952.

Motion for reargument of motion for leave to appeal denied. [See 304 N. Y. 758.]